# WARRANT FOR ARREST

| United States District Court | DISTRICT: WESTERN DISTRICT OF WISCONSIN | |
|---|---|---|
| United States of America<br><br>v.<br><br>Julia Applebee,<br><br>Defendant. | DOCKET NO.<br>08 CR 097 | MAGISTRATE JUDGE CASE NO<br>08-461-M-01 |
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED:<br>Julia Applebee | FILED<br>JUL 3 0 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

Warrant Issued on the Basis of:

[X] Indictment   [ ] Order of Court   [ ] Information   [ ] Complaint

TO: Any Authorized Law Enforcement Officer.

| District of Arrest: | City: |
|---|---|

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Escape from Community Correctional Center

IN VIOLATION OF 18 U.S.C. Section 751(a)

Bail: DETENTION REQUESTED BY THE UNITED STATES ATTORNEY'S OFFICE

Other Conditions of Release:

| Ordered By: | Federal Judge/Magistrate Judge | Date Order: |
|---|---|---|
| Clerk of Court:<br>THERESA M. OWENS | (By) Deputy Clerk | Date Issued:<br>JUN - 5 2008 |

## RETURN

This Warrant was received and executed with the arrest of the above-named person.

| Date Received: 7-30-08 | Date Executed: 7-30-08 |
|---|---|
| Name and Title of Arresting Officer: Per Recording office<br>USM D.L. Tolliver | Signature of Arresting Officer: |

DOCKET# 2

IN THE UNITED STATES DISTRICT COURT

U.S. DISTRICT COURT
WEST DIST. OF WISCONSIN

FOR THE WESTERN DISTRICT OF WISCONSIN

JUN - 4 2008

FILED
THERESA M. OWENS, CLERK

| UNITED STATES OF AMERICA, | ) INDICTMENT |
| --- | --- |
| v. | ) Case No. 08 CR 097 C |
| JULIA APPLEBEE, | ) 18 U.S.C. § 751(a) |
| Defendant. | ) |

08-461-M-01

FILED

JUL 30 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

THE GRAND JURY CHARGES:

## COUNT 1

On or about April 20, 2008, in the Western District of Wisconsin, the defendant,

JULIA APPLEBEE,

knowingly escaped from an institution and facility in which she was confined by direction of the Attorney General, specifically: the Fahrman Center Community Correctional Program, 3136 Craig Road, Eau Claire, Wisconsin, with this confinement being by virtue of a conviction for a prior felony offense.

(In violation of Title 18, United States Code, Section 751(a)).

A TRUE BILL

_____
PRESIDING JUROR

_____
ERIK C. PETERSON
United States Attorney

Indictment returned: 6-4-8