AO 94 (Rev. 8/85)  Commitment to Another District

# United States District Court

*Forthwith* [handwritten across top-left]

**FILED**
**JUL 3 0 2008**
Clerk, U.S. District and
Bankruptcy Courts

DISTRICT OF _____

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER |
| V. | DISTRICT |

Defendant: *Julia Apple Lee*

CASE NUMBER: *08-461 M*

The defendant is charged with a violation of *18* U.S.C. *751* alleged to have been committed in the *Western* District of *Wisconsin*.

Brief Description of Charge(s):

*Removal*

*Escape from Rahrman Correctional Program*

The defendant has been unable to obtain release under the Bail Reform Act of 1984, 18 U.S.C. §§ 3141-3143.

TO: THE UNITED STATES MARSHAL

United States District Court
For the District of Columbia
A TRUE COPY
NANCY MAYER WHITTINGTON, Clerk

By _____
Deputy Clerk

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant, all proceedings required by Fed. R. Crim. P. 40 having been completed.

Date: *7/30/08*

Judicial Officer: [signature] WHITTINGTON

---

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |